# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN - 1 2016
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EARL WILLIAMS,<br><br>Defendant. | Case No. 16-1135M<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On June 1, 2016, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued by the United States District Court for the Northern District of California.

Defendant was represented by Deputy Federal Public Defender ("DFPD") Lisa LaBarre.

The Court has reviewed the Pretrial Services Report and its recommendation of detention, the allegations in the Violation Petition and the Government's Request for Detention.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒  Allegations in petition include failing to report to a scheduled office visit with his probation officer, failing to notify his probation officer of a change in residence or employment, and failing to report for substance abuse counseling sessions as directed by his probation officer.

☒  Lack of surety information

B.  ☒  Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

☒  criminal history

☒  allegations in the Petition for Revocation

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: June 1, 2016

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE